Sánchez, Appellant, v. Registrar of Caguas, Respondent.

### Appeal from a Decision of the Registrar of Property Refusing to Record a Deed of Sale.

No. 426.—Decided July 28, 1919.

Property of Minors—Jurisdiction.—A municipal court has no jurisdiction to order the sale of property of minors in an *ex parte* proceeding; but a judgment for the sale of minors' property entered in an action before a municipal court having jurisdiction over the subject-matter and over the persons of the defendant minors is valid.

The facts are stated in the opinion.

*Mr. Joaquín Vendrell* for the appellant.

The respondent appeared by brief.

Mr. Justice Wolf delivered the opinion of the court.

While the refusal to record is based on two grounds the appellant only asked the reversal for one, namely, that a municipal court has no right to order the sale of infants' property in execution of a judgment rendered against them. In *Flores* v. *Registrar*, 19 P. R. R. 967, we decided that an execution on a judgment of a municipal court lay against the property of minors. Although the *Flores Case* is commented on or distinguished by a divided court in *García* v. *Registrar of Guayama*, 23 P. R. R. 394, the principle that minors' property may be so reached in execution remained unaffected. The note of the registrar must be reversed in so far as it denies the record on the ground discussed, and affirmed on the other ground, namely that the property was not recorded in the name of the succession.

*Reversed.*

Justices del Toro, Aldrey and Hutchison concurred.

Mr. Chief Justice Hernández took no part in the decision of this case.